## ATTACHMENT A

## STIPULATION OF FACTS

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

The Defendant, **FELIX RUBEN BLANCO-PALMA** ("**BLANCO-PALMA**"), was born in 1979 in the country of Nicaragua. He was from the time of his birth to the present a Nicaraguan citizen and an alien of the United States.

As detailed below, from at least 2012 to 2017, **BLANCO-PALMA** used without lawful authority the name and date of birth of Victim 1, a United States citizen born in Utah. During that period, **BLANCO-PALMA**, in effect, assumed Victim 1's identity. **BLANCO-PALMA** obtained in the name of Victim 1, among other things: identification documents in both Maryland and New York; credit cards (some of which **BLANCO-PALMA** defaulted upon); and multiple car loans. During this period, **BLANCO-PALMA** also applied for and received, using the personal identifying information of Victim 1, certain unemployment benefits to which **BLANCO-PALMA** would not have been entitled if he had disclosed his alienage. Rather, to obtain those unemployment benefits, **BLANCO-PALMA** falsely claimed to be a United States citizen—specifically, **BLANCO-PALMA** falsely claimed that he was Victim 1. **BLANCO-PALMA** undertook these activities knowing that Victim 1 was a real person living in Utah.

\* \* \*

**BLANCO-PALMA and Victim 1**

On or about May 24, 1991, **BLANCO-PALMA** entered the United States unlawfully and remained for a period unknown in this country.

On or about July 20, 2001, **BLANCO-PALMA** was convicted of a felony offense in Utah and was sentenced to a term of incarceration. While incarcerated, **BLANCO-PALMA** was housed in a facility and utilized services with his fellow inmate, Victim 1.

Following **BLANCO-PALMA's** release from jail, on or about February 21, 2006, **BLANCO-PALMA** was deported from the United States.

On or about November 27, 2012, **BLANCO-PALMA** applied to the Maryland Motor Vehicle Administration ("MVA") for an identification card in the name and date of birth of Victim 1, but with the address of **BLANCO-PALMA's** family members who lived in Silver Spring, Maryland (the "Silver Spring Address"). As proof of identification, **BLANCO-PALMA** submitted to the MVA:

- a piece of mail from the Utah Department of Health addressed to Victim 1 reflecting required delivery by November 14, 2012, to the Silver Spring Address;

- a genuine birth certificate issued Nov. 13, 2012, from the Utah Department of Health for Victim 1;

- a copy of a social security card for Victim 1 reflecting a fake social security number; and,

- a piece of mail enclosing a credit card statement from a credit provider addressed to Victim 1 at the Silver Spring Address.

As a result of his false and fraudulent application, from 2012 to 2017, the MVA issued **BLANCO-PALMA** various identification cards and a learner's permit to drive in the State of Maryland reflecting the name and date of birth of Victim 1.

Fraudulent Maryland Voter Registration

On October 3, 2014, **BLANCO-PALMA**, while using the name and date of birth of Victim 1, registered to vote with the Maryland State Board of Elections.

In the electronic voter registration application, **BLANCO-PALMA** was required to respond to the question, "Are you a U.S. citizen?" **BLANCO-PALMA** answered, "Yes." He further signed the application after reviewing the following statement:

> "Under penalty of perjury, I hereby swear or affirm that : I am a U.S. Citizen. I am a Maryland resident. I am at least 16 years old. I have not been convicted of buying or selling votes. I have not been convicted of a felony, or if I have, I have completed serving a court-ordered sentence of imprisonment, including any term of parole or probation for the conviction. The information in this application is true to the best of my knowledge, information and belief."

Maryland Unemployment Benefits

On or about December 4, 2014, **BLANCO-PALMA**, while using the name and date of birth of Victim 1, but the Silver Spring Address, applied for unemployment benefits from the State of Maryland, Department of Labor, Licensing, and Regulation Division of Unemployment Insurance ("DLLR"). As part of his application for benefits, **BLANCO-PALMA** had to answer the question "Are you a U.S. citizen?" **BLANCO-PALMA** answered, "Yes."

To qualify for these benefits, an individual had to be entitled to work in the United States and have completed qualifying employment. Because **BLANCO-PALMA** appeared (falsely) to meet both criteria, DLLR issued **BLANCO-PALMA** a debit card loaded with unemployment benefits of $430 a week for the period from December 6, 2014 through April 13, 2015, totaling $8,170. The benefits for the period from March 21, 2015 to April 13, 2015, were further

fraudulently obtained because during that period **BLANCO-PALMA** was in fact employed and therefore not entitled (even aside from his assumed identity of Victim 1) to unemployment compensation for that time frame. Consequently, the State of Maryland discontinued benefits and determined that the benefits totaling $1,720 awarded to **BLANCO-PALMA** (in the name of Victim 1) from March 15, 2015 through April 18, 2015, were fraudulently obtained.

SO STIPULATED:

_____
Dana J. Brusca
Assistant United States Attorney

_____
Felix Ruben Blanco-Palma
Defendant

_____
for Rosana Chavez, Esq.
Counsel for Defendant